**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Segundo Jesus Guaman Camas**
Petitioner

V.

CIVIL ACTION

NO. **1:26-cv-14121-RGS**

**Wesling et al**
Respondents

# ORDER OF DISMISSAL

Stearns, D. J.

In accordance with the Court's Order entered November 11, 2026 [Doc. No. 10] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

11/12/2026
Date

/s/ Jacqueline Martin
Deputy Clerk